IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOSEPH LUCAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:23-cv-00056 –JPG |
| | ) | |
| BLANKENSHIP CONSTRUCTION CO., | ) | |
| DOUG BLANKENSHIP, and NATHAN | ) | |
| MARLEN, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>MOTION TO WITHDRAW AS COUNSEL</u>**

COMES NOW attorney Daniel G. Hasenstab of Brown & James, P.C., and pursuant to Local Rule 83.1(h)(1), hereby requests leave from this Court to withdraw his appearance as co-counsel for defendant Nathan Marlen in this action. In support thereof, the movant states that Defendant Marlen will continue to be represented in this action by attorneys John P. Cunningham of Brown & James, P.C. and Joseph A. Bleyer of the Law Firm of Bleyer and Bleyer and that the withdrawal of the movant as co-counsel will not be inequitable or delay the trial in this action.

/s/ Daniel G. Hasenstab
John P. Cunningham, #6193598
Daniel G. Hasenstab, #6280171
BROWN & JAMES, P.C.
Attorneys for Defendant, Nathan Marlen
Richland Plaza I, 525 W. Main St., Ste. 200
Belleville, Illinois  62220-1547
618/235-5590; 618/235-5591 (Fax)
jcunningham@bjpc.com; smolla@bjpc.com
dhasenstab@bjpc.com; atame@bjpc.com

## AFFIDAVIT OF SERVICE

I, the undersigned, on the 30th day of November, 2023, electronically filed this document with the United States District Court, Southern District of Illinois which will send electronic notification to each of the following:

Britton L. St. Onge
Jon A. Bierman
Polsinelli PC
100 South Fourth Street, Suite 1000
St. Louis, MO 63102
bstonge@polsinelli.com
jbierman@polsinelli.com
*Counsel for Plaintiff*

Joseph A. Bleyer
Bleyer and Bleyer
601 West Jackson Street, P.O. Box 487
Marion, IL 62959-0487
jableyer@bleyerlaw.com
*Co-counsel for Defendant Nathan Marlen*

Jeffrey A. Mollet
Thomas G. DeVore
Silver Lake Group, Ltd.
560 Suppiger Way
P.O. Box 188
Highland, IL  62249
**Via U.S. Mail and E-Mail:**
jeff@silverlakelaw.com
tom@silverlakelaw.com
*Counsel for Defendants Blankenship Construction Co. and Doug Blankenship*

A copy of this document is available for viewing and downloading from the ECF system.

Under penalties of perjury as provided by law, I certify that the statements in this affidavit are true.

/s/ Daniel G. Hasenstab

29617987.1